**Opinion issued February 7, 2013**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-11-00794-CV

————————————

**NANCY GOLDSTEIN, DERIVATIVELY ON BEHALF OF BP P.L.C.,**
**Appellant**

**V.**

**BP P.L.C.; BP AMERICA INC.; BP PRODUCTS NORTH AMERICA, INC.; DAVID C. ALLEN; JOHN H. BRYAN; ANTONY BURGMANS; CYNTHIA B. CARROLL; WILLIAM M. CASTELL; LAIN C. CONN; GEORGE DAVID; ERROLL B. DAVIS, JR.; DOUGLAS J. FLINT; BRIAN E. FRANK; BYRON E. GROTE; ANTHONY B. HAYWARD; ANDREW G. INGLIS; DEANNE S. JULIUS; CHARLES F. KNIGHT; ROBERT A. MALONE; JOHN A. MANZONI; WALTER E. MASSEY; LAMAR MCKAY; TOM MCKILLOP; HENRY MICHAEL P. MILES; ROBIN B. NICHOLSON; IAN M.G. PROSSER; PETER D. SUTHERLAND; AND MICHAEL H. WILSON, Appellees**

**On Appeal from the 122nd District Court**
**Galveston County, Texas**
**Trial Court Case No. 09-CV-1352**

# MEMORANDUM OPINION

The parties have filed a joint motion to dismiss the appeal. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a).

## PER CURIAM

Panel consists of Justices Jennings, Higley, and Sharp.